IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

|  |  |
|---|---|
| IN RE: § § § § | |
| GRAHAM ENTERTAINMENT COMPLEX, INC. d/b/a GRAHAM CENTRAL STATION § | BK Case No. 09-30211-LMC |
| Debtor § § § § | **JUDGE KATHLEEN CARDONE** <br> District Case No. |
| Juan Montoya, Individually and as the Personal Representative of the Estate of Lily Montoya, Deceased; Monica Montoya; Individually and as an adult child of Lily Montoya; and Gina Montoya, Ernesto Montoya, Jr., Children; and Rosenda Cordeero, Individually, § § § § § § | **EP09CV0392** |
| Plantiff, | |
| v. § | Adversary No. 09-3007 |
| GRAHAM ENTERTAINMENT, § COMPLEX STATION, INC., d/b/a Graham's Central Station, | |
| and | |
| GRAHAM'S CENTRAL STATION, INC., d/b/a Graham's Central Station, § § | |
| Defendants. § | |

**TRANSMISSION OF RECORD FOR REVIEW
TO THE CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS**

Pursuant to Bankruptcy Rule 5011 the undersigned hereby transmits on October 27, 2009 two copies of each of the following documents for district court review pursuant to Federal Rules

of Bankruptcy Procedure 8005

1. Plantiff's Motion to Withdraw the Reference
2. Defendant's Original Answer
3. Plantiff's Proposed Order
4. Case Docket Sheet

George B. Prentice, II Clerk of Court

BY: _____
Deputy Clerk