IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JUAN MONTOYA et al., § § | |
| Plaintiffs, § § | |
| v. § | EP-09-CV-392-KC |
| § § | |
| GRAHAM ENTERTAINMENT COMPLEX et al., § § § | |
| Defendants. § | |

## ORDER

On this day, the Court *sua sponte* considered the above-captioned case. Pursuant to the Court's Standing Order on Pretrial Deadlines, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within sixty days after the appearance of Defendant. Within ten days thereafter, the parties are instructed to file jointly a memorandum in the form prescribed by Appendix A of the above-referenced Order.

Though this case started in Bankruptcy Court, the Plaintiffs filed a Motion to Withdraw the Reference (Doc. No. 2) in this Court on October 28, 2009, which was granted on December 14, 2009. The Court deems the date the Motion was granted to be the relevant one for calculating the due date for the joint memorandum noted above. The Court observes that more than seventy days have passed since that date, and no joint memorandum has yet been filed. Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint memorandum, as specified in the Court's Standing Order on Pretrial Deadlines, no later than **March 19, 2010**.

Additionally, the Court observes that a copy of the complaint has not been filed with this Court in this case, though the Answer has been filed (Doc. No. 2-1). *See also* Bankr. Docket

Sheet (Doc. No. 2-3) (showing the existence of a complaint).  Accordingly, the Court **ORDERS** the Plaintiffs to file a copy of the complaint in this Court no later than **March 19, 2010**.

    **SO ORDERED**

    **SIGNED** this 3rd day of March, 2010.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE